IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

BILLY GENE WILLIAMS

No. 05-20336-B

FILED BY _Cg_ D.C.
05 JUL 13 PM 4:44
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## ORDER CONTINUING ARRAIGNMENT AND SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

The Defendant's counsel has notified the Court that in the interests of justice that this matter be continued. Pursuant to the Speedy Trial Act, as set in 18 U.S.C. §3161(h)(8)(A), defendant's period of excludable delay may be granted if the ends of justice are served.

**The Arraignment is therefore continued and reset to Wednesday, July 20, 2005, at 9:30 a.m.** in Courtroom **#5, 3rd Floor**, Federal Building, 167 N. Main Street, Memphis, Tennessee.

It is therefore ORDERED that the time period of **July 13, 2005** through, **July 19, 2005** be excluded from the time its imposed by the Speedy Trial Act for trial of this case, due to the interests of justice.

This ___13th___ day of July, 2005.

_Diane K. Vescovo_
Diane K. Vescovo
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-14-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CR-20236 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

Eric Scott Hall
WAGERMAN LAW FIRM
200 Jefferson Ave.
Ste. 1313
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT